

# NUMBER 13-24-00216-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SHEDRICK DEQUINCY LEMONS,                                            Appellant,

v.

THE STATE OF TEXAS,                                            Appellee.

## ON APPEAL FROM THE 25TH DISTRICT COURT
## OF LAVACA COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

Appellant filed a notice of appeal attempting to appeal a judgment in trial court case number 2024-02-10660CR. We dismiss the appeal for want of jurisdiction.

Upon review of the documents filed, the trial court has certified that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On April 30, 2024, we ordered appellant's counsel to review the record and determine

whether appellant had a right to appeal. On May 20, 2024, appellant's counsel responded concluding that appellant waived his right to appeal and otherwise does not have a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id* R. 25.2(d), 37.1, and 44.3. Accordingly, this case is dismissed for want of jurisdiction.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
6th day of June, 2024.

2